# ORIGINAL

EATON & VAN WINKLE LLP

WEST PALM BEACH, FLORIDA OFFICE
TELEPHONE: (561) 748-7740
FAX: (561) 744-8754

3 PARK AVENUE
NEW YORK, NEW YORK 10016

TELEPHONE: (212) 779-9910
FAX: (212) 779-9928

Edward W. Floyd

Direct Dial: 212.561.3614
Email: efloyd@evw.com

September 25, 2009

**Via Facsimile (212) 805-6382**

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street – Room 660
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/09
```

    Re:    CHS Inc. v. Sanhe Hope Full Grain Oil Food Production Co. Ltd.
            No. 09 Civ. 5231 (VM)

Dear Judge Marrero:

    We represent the plaintiff in the above-referenced action.

    We submit this letter to advise the Court that the plaintiff has attached property in connection with the process of maritime attachment and garnishment issued in the matter. The property attached to date is in the total amount of $50,000. Therefore, the plaintiff has not yet obtained full security for its claims.

    We also take this opportunity to respectfully request that the Court unseal this matter since property has now been attached.

    We will continue to keep the Court advised as to the status of this matter.

Respectfully submitted,

Edward W. Floyd

The Clerk of Court is directed to unseal this action and to enter this letter in the public docket of the case.

SO ORDERED:
9-25-09
DATE    VICTOR MARRERO, U.S.D.J.